SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
MARIA GARCIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MARIA GARCIA, | **Case No.: 2:24-cv-07861-SK** |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| vs. | |
| REID R LOKEN D/B/A ACTON VETERINARY CLINIC; and DOES 1 to 10, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MARIA GARCIA ("Plaintiff") and Defendant REID R LOKEN D/B/A ACTON VETERINARY CLINIC stipulate that this Court dismiss the above-captioned action in its entirety.  Each party shall bear his/her/its own costs and attorneys' fees.

\\

\\

\\

\\

\\

Respectfully submitted,

DATED:  October 13, 2025          SO. CAL. EQUAL ACCESS GROUP


By:    /s/  Jason J. Kim
          Jason J. Kim
          Attorneys for Plaintiff


DATED:  October 13, 2025          Law Offices of Pat Murphy


By:    /s/ Pat Murphy
          Pat Murphy, Esq.
          Attorneys for Defendant
          REID R LOKEN D/B/A ACTON
          VETERINARY CLINIC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated:  October 13, 2025          By: /s/ Jason J. Kim
                                            Jason J. Kim

-2-